**FILED**

AUG - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAMONT J. WILLIAMS,

    Petitioner,

v.

THE FEDERAL BUREAU OF PRISONS, WARDEN B.G. COMPTON, UNITED STATES PENITENTIARY AT LOMPOC, CALIFORNIA,

    Respondents.

No. C 07-3000 CW
CR04-40059 CW

JUDGMENT

For the reasons set forth in this Court's Order Vacating July 16, 2007 Order, Dismissing Case Number C 07-3000 CW as Duplicative and Transferring Case Number C 07-2999 CW to Cental District of California,

IT IS HEREBY ORDERED AND ADJUDGED:

That Peitioner Lamont J. Williams take nothing, that the action be dismissed with prejudice, and that each party shall bear his own costs.

Dated: AUG - 8 2007

CLAUDIA WILKEN
United States District Judge



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lamont J. Williams,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>    Defendant. | Case Number: CV07-03000 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont J. Williams 97526-011
USP-Lompoc
3901 Klein Blvd., L-Unit/E2
Lompoc, CA 93436

**George L. Bevan, Jr.**
United States Attorney's Office
Oakland
1301 Clay Street, Suite 340S
Oakland, CA 94612

Dated: August 8, 2007

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk